# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES<br><br>Plaintiff,<br><br>v.<br><br>MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE, KENNETH CLEVELAND, *in his official capacity as the Executive Director of the Mississippi State Board of Medical Licensure*; CHARLES KENNETH LIPPINCOTT, MICHELLE Y. OWENS, RODERICK GIVENS, KIRK L. KINARD, ALLEN GERSH, WILLIAM EUGENE LOPER, RENIA R. DOTSON, RANDY ROTH, CARLOS LATORRE, *in their official capacities as members of the Mississippi State Board of Medical Licensure*; SANDRA CULPEPPER, JEREMY L. CUMMINS, LACEY T. GENTRY, JANIE CLANTON, T.J. ADAMS, ALVENO N. CASTILLA, CARLY WALKER, RENIA DOTSON, JANEL MOODY, BEVERLY E. OLIVER, ANDREW CALHOUN, LAWANDA BASKIN, DANIEL MATTHEW SISTRUNK, *in their official capacities as members of the Mississippi Board of Nursing*; *and* PHYLLIS POLK JOHNSON, *in her official capacity as Executive Director of the Mississippi Board of Nursing*, | Civil Action No. 3:26-cv-00040-TSL-RPM |

Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff American College of Nurse-Midwives states:

1. American College of Nurse-Midwives has no parent corporation.

2. No publicly held corporation owns 10% or more of its stock.


Respectfully submitted,

/s/ Robert B. McDuff

Robert B. McDuff

Mississippi Center for Justice

210 E. Capitol Street, Suite 1800

Jackson, MS 39201

(601) 259-8484

rmcduff@mscenterforjustice.org