```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

AMERICAN COLLEGE OF NURSE MIDWIVES                              PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:26-CV-40-TSL-RPM

MISSISSIPPI STATE BOARD OF
MEDICAL LICENSURE, KENNETH
CLEVELAND, IN HIS OFFICIAL CAPACITY AS THE
EXECUTIVE DIRECTOR OF THE MISSISSIPPI STATE
BOARD OF MEDICAL LICENSURE; CHARLES
KENNETH LIPPINCOTT, MICHELLE Y.
OWENS, RODERICK GIVENS, KIRK L.
KINARD, ALLEN GERSH, WILLIAM
EUGENE LOPER, RANDY ROTH,
CARLOS LATORRE, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE MISSISSIPPI STATE
BOARD OF MEDICAL LICENSURE; RENIA R.
DOTSON, IN HER OFFICIAL CAPACITY AS A
MEMBER OF THE MISSISSIPPI STATE BOARD OF
MEDICAL LICENSURE AND HER OFFICIAL CAPACITY
AS A MEMBER OF THE MISSISSIPPI BOARD OF
NURSING; SANDRA CULPEPPER, JEREMY
L. CUMMINS, LACEY T. GENTRY, JANIE
CLANTON, T.J. ADAMS, ALVENO N.
CASTILLA, CARLY WALKER, JANEL
MOODY, BEVERLY E. OLIVER,
ANDREW CALHOUN, LAWANDA
BASKIN, DANIEL MATTHEW
SISTRUNK, IN THEIR OFFICIAL CAPACITIES AS
MEMBERS OF THE MISSISSIPPI BOARD OF NURSING;
AND PHYLLIS POLK JOHNSON, IN HER
OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE
MISSISSIPPI BOARD OF NURSING                                   DEFENDANTS

                              ORDER

    This matter is before the court <u>sua sponte</u>.

    Pursuant to 28 U.S.C. § 455, the undersigned does hereby recuse himself in this cause.

SO ORDERED this 21st day of January, 2026.

        /s/ Tom S. Lee_____
        UNITED STATES DISTRICT JUDGE