# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES, <br><br> Plaintiff, <br><br> v. <br><br> MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE, KENNETH CLEVELAND, *in his official capacity as the Executive Director of the Mississippi State Board of Medical Licensure*; CHARLES KENNETH LIPPINCOTT, MICHELLE Y. OWENS, RODERICK GIVENS, KIRK L. KINARD, ALLEN GERSH, WILLIAM EUGENE LOPER, RANDY ROTH, CARLOS LATORRE, *in their official capacities as members of the Mississippi State Board of Medical Licensure*; RENIA R. DOTSON, *in her official capacity as a member of the Mississippi State Board of Medical Licensure and her official capacity as a member of the Mississippi Board of Nursing*; SANDRA CULPEPPER, JEREMY L. CUMMINS, LACEY T. GENTRY, JANIE CLANTON, T.J. ADAMS, ALVENO N. CASTILLA, CARLY WALKER, JANEL MOODY, BEVERLY E. OLIVER, ANDREW CALHOUN, LAWANDA BASKIN, DANIEL MATTHEW SISTRUNK, *in their official capacities as members of the Mississippi Board of Nursing*; *and* PHYLLIS POLK JOHNSON, *in her official capacity as Executive Director of the Mississippi Board of Nursing*, <br><br> Defendants. | No. 3:26-cv-40-TLS-RPM |

1

## **ENTRY OF APPEARANCE**

      Please take notice that the undersigned, who is a member of the Mississippi Bar, hereby enters her appearance as counsel for the plaintiff.

Dated: January 25, 2026

Respectfully Submitted,

*/s/ Paloma Wu*
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
pwu@mscenterforjustice.org

*Counsel for the Plaintiff*