AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>T.J. ADAMS</u>
was received by me on *(date)*  <u>Jan. 20, 2026</u>  <u>(MS Board of Nursing)</u>

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  <u>Attorney General Lynn Fitch</u> , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
<u>the State of Mississippi or a state agency</u>  on *(date)*  <u>Jan. 22, 2026</u> ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ <u>0.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.


Date: <u>Jan. 25, 2026</u>                    *Paloma Wu*
                              _____
                                        *Server's signature*

                                Paloma Wu, Dep. Dir. Impact Litigation
                              _____
                                        *Printed name and title*

                                   210 E. Capitol St., Ste 1800
                                   Jackson, MS 39201
                              _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    <u>LAWANDA BASKIN</u>

was received by me on *(date)*    <u>Jan. 20, 2026</u>    <u>(MS Board of Nursing)</u>

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ANDREW CALHOUN (Mississippi Board of Nursing)

was received by me on *(date)*    Jan. 20, 2026    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALVENO N. CASTILLA (Mississippi Board of Nursing Licensure)

was received by me on *(date)*  Jan. 20, 2026  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*  Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  Jan. 25, 2026

_____
*Paloma Wu*
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    <u>JANIE CLANTON (MS Board of Nursing)</u>

was received by me on *(date)*    <u>Jan. 20, 2026</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>KENNETH CLEVELAND</u>

was received by me on *(date)* <u>Jan. 20, 2026</u>   <u>(MS Board of Medical Licensure)</u>

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Attorney General Lynn Fitch     , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency     on *(date)* <u>Jan. 22, 2026</u> ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ <u>0.00</u>   for travel and $ <u>0.00</u>   for services, for a total of $ <u>0.00</u> .


I declare under penalty of perjury that this information is true.


Date: <u>Jan. 25, 2026</u>          *Paloma Wu*
                                   _____
                                        *Server's signature*

                                   Paloma Wu, Dep. Dir. Impact Litigation
                                   _____
                                        *Printed name and title*

                                   210 E. Capitol St., Ste 1800
                                   Jackson, MS 39201
                                   _____
                                        *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SANDRA CULPEPPER</u>
was received by me on *(date)* <u>Jan. 20, 2026</u>  <u>(MS Board of Nursing)</u>

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     <u>Attorney General Lynn Fitch</u>     , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
<u>the State of Mississippi or a state agency</u>     on *(date)* <u>Jan. 22, 2026</u>  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ <u>0.00</u>  for travel and $ <u>0.00</u>  for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.


Date:  <u>Jan. 25, 2026</u>                    *Paloma Wu*
                                 _____
                                     *Server's signature*

                                 Paloma Wu, Dep. Dir. Impact Litigation
                                 _____
                                     *Printed name and title*

                                 210 E. Capitol St., Ste 1800
                                 Jackson, MS 39201
                                 _____
                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    <u>JEREMY L. CUMMINS (MS Board of Nursing)</u>

was received by me on *(date)*   <u>Jan. 20, 2026</u>

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    <u>Attorney General Lynn Fitch</u>    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

<u>the State of Mississippi or a state agency</u>    on *(date)*   <u>Jan. 22, 2026</u>   ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $  <u>0.00</u>   for travel and $  <u>0.00</u>   for services, for a total of $   <u>0.00</u>   .

I declare under penalty of perjury that this information is true.

Date:  <u>Jan. 25, 2026</u>

*Paloma Wu*

*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation

*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     RENIA R. DOTSON

was received by me on *(date)*     Jan. 20, 2026     (MS Board of Medical Licensure)

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Attorney General Lynn Fitch     , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency     on *(date)*     Jan. 22, 2026     ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $     0.00     for travel and $     0.00     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     Jan. 25, 2026

_____     *Paloma Wu*

_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RENIA R. DOTSON (MS Board of Nursing)

was received by me on *(date)*    Jan. 20, 2026

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*


210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LACEY T. GENTRY (MS Board of Nursing)

was received by me on *(date)*   Jan. 20, 2026

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Attorney General Lynn Fitch   , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency   on *(date)* Jan. 22, 2026   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ALLEN GERSH

was received by me on *(date)*   Jan. 20, 2026   (Mississippi Board of Medical Licensure)

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Attorney General Lynn Fitch   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency   on *(date)*   Jan. 22, 2026   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   Jan. 25, 2026

                *Paloma Wu*
                *Server's signature*

            Paloma Wu, Dep. Dir. Impact Litigation
                *Printed name and title*

            210 E. Capitol St., Ste 1800
            Jackson, MS 39201
                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RODERICK GIVENS</u>

was received by me on *(date)* <u>Jan. 20, 2026</u>    <u>(MS Board of Medical Licensure)</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    <u>Attorney General Lynn Fitch</u>    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

<u>the State of Mississippi or a state agency</u>    on *(date)* <u>Jan. 22, 2026</u>    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ <u>0.00</u>    for travel and $ <u>0.00</u>    for services, for a total of $ <u>0.00</u>    .

I declare under penalty of perjury that this information is true.

Date: <u>Jan. 25, 2026</u>

<u>*Paloma Wu*</u>
*Server's signature*

<u>Paloma Wu, Dep. Dir. Impact Litigation</u>
*Printed name and title*

<u>210 E. Capitol St., Ste 1800</u>
<u>Jackson, MS 39201</u>
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>PHYLLIS POLK JOHNSON</u>
was received by me on *(date)* <u>Jan. 20, 2026</u>    <u>(MS Board of Nursing)</u>

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
the State of Mississippi or a state agency    on *(date)*  Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  <u>Jan. 25, 2026</u>                    *Paloma Wu*
                                    _____
                                    *Server's signature*

                                    Paloma Wu, Dep. Dir. Impact Litigation
                                    _____
                                    *Printed name and title*

                                    210 E. Capitol St., Ste 1800
                                    Jackson, MS 39201
                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KIRK L. KINARD

was received by me on *(date)*    Jan. 20, 2026    (MS Board of Medical Licensure)

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)*
the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

_____
*Paloma Wu*
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CARLOS LATORRE (Mississippi Board of Medical Licensure)

was received by me on *(date)* Jan. 20, 2026 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)*
the State of Mississippi or a state agency    on *(date)* Jan. 22, 2026 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ 0.00    for travel and $ 0.00    for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Jan. 25, 2026

_Paloma Wu_
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHARLES KENNETH LIPPINCOTT (Mississippi Board of Medical Licensure)

was received by me on *(date)* Jan. 20, 2026 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Attorney General Lynn Fitch , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency  on *(date)* Jan. 22, 2026 ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:



My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Jan. 25, 2026

*Paloma Wu*

_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>WILLIAM EUGENE LOPER</u>

was received by me on *(date)* <u>Jan. 20, 2026</u>    <u>(MS Board of Medical Licensure)</u>

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*      <u>Attorney General Lynn Fitch</u>      , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

<u>the State of Mississippi or a state agency</u>      on *(date)* <u>Jan. 22, 2026</u>    ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ <u>0.00</u>    for travel and $ <u>0.00</u>    for services, for a total of $ <u>0.00</u>    .

I declare under penalty of perjury that this information is true.

Date: <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>JANEL MOODY (MS Board of Nursing)</u>

was received by me on *(date)* <u>Jan. 20, 2026</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    <u>Attorney General Lynn Fitch</u>    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

<u>the State of Mississippi or a state agency</u>    on *(date)* <u>Jan. 22, 2026</u> ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ <u>0.00</u>    for travel and $ <u>0.00</u>    for services, for a total of $ <u>0.00</u>    .


I declare under penalty of perjury that this information is true.


Date: <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE

was received by me on *(date)*    Jan. 20, 2026

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BEVERLY E. OLIVER (Mississippi Board of Nursing)

was received by me on *(date)*    Jan. 20, 2026    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)* Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MICHELLE Y. OWENS</u>

was received by me on *(date)*  <u>Jan. 20, 2026</u>    <u>(MS Board of Medical Licensure)</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Attorney General Lynn Fitch     , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency     on *(date)*  Jan. 22, 2026   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*




My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan. 25, 2026                         *Paloma Wu*
                                    _____
                                         Server's signature

                                    Paloma Wu, Dep. Dir. Impact Litigation
                                    _____
                                         *Printed name and title*

                                    210 E. Capitol St., Ste 1800
                                    Jackson, MS 39201
                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RANDY ROTH

was received by me on *(date)*    Jan. 20, 2026    (MS Board of Medical Licensure)

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)* Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DANIEL MATTHEW SISTRUNK  (MS Board of Nursing)

was received by me on *(date)*  Jan. 20, 2026

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Attorney General Lynn Fitch     , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency     on *(date)*  Jan. 22, 2026     ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00     for travel and $    0.00     for services, for a total of $    0.00     .


I declare under penalty of perjury that this information is true.


Date:  Jan. 25, 2026

_____
*Paloma Wu*
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CARLY WALKER (Mississippi Board of Nursing)

was received by me on *(date)*   Jan. 20, 2026   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*   Jan. 22, 2026   ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:   Jan. 25, 2026                             *Paloma Wu*
                                        _____
                                              *Server's signature*

                                        Paloma Wu, Dep. Dir. Impact Litigation
                                        _____
                                              *Printed name and title*

                                        210 E. Capitol St., Ste 1800
                                        Jackson, MS 39201
                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc: