AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Mississippi State Board of Medical Licensure et al | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    T.J. Adams
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>T.J. ADAMS</u>
<u>(MS Board of Nursing)</u>
was received by me on *(date)* <u>Jan. 21, 2026</u>

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
<u>the State of Mississippi or a state agency</u>    on *(date)* <u>Jan. 22, 2026</u> ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.  3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Lawanda Baskin
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   <u>LAWANDA BASKIN</u>

was received by me on *(date)*   <u>Jan. 21, 2026</u>   <u>(MS Board of Nursing)</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Attorney General Lynn Fitch     , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency     on *(date)*   Jan. 22, 2026   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   Jan. 25, 2026

_____
*Paloma Wu*
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Mississippi State Board of Medical Licensure et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  **3:26-cv-00040-TSL-RPM**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew Calhoun
    Mississippi Board of Nursing
    713 Pear Orchard Road, Suite 300
    Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
        Mississippi Center for Justice
        210 E. Capitol Street, Suite 1800
        Jackson, MS 39201
        rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ANDREW CALHOUN (Mississippi Board of Nursing)

was received by me on *(date)*    Jan. 21, 2026                    .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*      Attorney General Lynn Fitch                    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency               on *(date)*  Jan. 22, 2026           ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*



My fees are $    0.00        for travel and $    0.00        for services, for a total of $    0.00        .


I declare under penalty of perjury that this information is true.


Date:   Jan. 25, 2026                          *Paloma Wu*
                                    _____
                                              *Server's signature*

                                      Paloma Wu, Dep. Dir. Impact Litigation
                                    _____
                                              *Printed name and title*


                                      210 E. Capitol St., Ste 1800
                                      Jackson, MS 39201
                                    _____
                                              *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Alveno N. Castilla
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALVENO N. CASTILLA (Mississippi Board of Nursing Licensure)

was received by me on *(date)* Jan. 21, 2026 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Attorney General Lynn Fitch , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency on *(date)* Jan. 22, 2026 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janie Clanton
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JANIE CLANTON (MS Board of Nursing)

was received by me on *(date)*    Jan. 21, 2026

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kenneth Cleveland
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>KENNETH CLEVELAND</u>
was received by me on *(date)*  <u>Jan. 21, 2026</u>    <u>(MS Board of Medical Licensure)</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency    on *(date)*  Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date:  Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sandra Culpepper
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>SANDRA CULPEPPER</u>
was received by me on *(date)*  <u>Jan. 21, 2026</u>    <u>(MS Board of Nursing)</u>

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
the State of Mississippi or a state agency    on *(date)*  Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $  0.00    for travel and $  0.00    for services, for a total of $  0.00    .

I declare under penalty of perjury that this information is true.

Date:  Jan. 25, 2026                         *Paloma Wu*
                                    _____
                                          *Server's signature*

                                    Paloma Wu, Dep. Dir. Impact Litigation
                                    _____
                                          *Printed name and title*

                                    210 E. Capitol St., Ste 1800
                                    Jackson, MS 39201
                                    _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Jeremy L. Cummins
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date:  1/21/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>JEREMY L. CUMMINS (MS Board of Nursing)</u>

was received by me on *(date)*  <u>Jan. 21, 2026</u>

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☒ I served the summons on *(name of individual)*     <u>Attorney General Lynn Fitch</u>     , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

<u>the State of Mississippi or a state agency</u>     on *(date)*  <u>Jan. 22, 2026</u>  ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ <u>0.00</u>  for travel and $ <u>0.00</u>  for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date:  <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Renia R. Dotson
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Phone: (601) 259-8484
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   RENIA R. DOTSON

was received by me on *(date)*   Jan. 21, 2026   (MS Board of Medical Licensure)

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Attorney General Lynn Fitch   , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency   on *(date)*   Jan. 22, 2026   ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Renia Dotson
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    <u>RENIA R. DOTSON (MS Board of Nursing)</u>

was received by me on *(date)*    <u>Jan. 21, 2026</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    <u>Attorney General Lynn Fitch</u>   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

<u>the State of Mississippi or a state agency</u>   on *(date)*  <u>Jan. 22, 2026</u>   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ <u>0.00</u>   for travel and $ <u>0.00</u>   for services, for a total of $ <u>0.00</u>   .


I declare under penalty of perjury that this information is true.


Date: <u>Jan. 25, 2026</u>                    *Paloma Wu*
                                   _____
                                             *Server's signature*

                                   Paloma Wu, Dep. Dir. Impact Litigation
                                   _____
                                             *Printed name and title*

                                   210 E. Capitol St., Ste 1800
                                   Jackson, MS 39201
                                   _____
                                             *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lacey T. Gentry
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LACEY T. GENTRY (MS Board of Nursing)</u>

was received by me on *(date)* <u>Jan. 21, 2026</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency    on *(date)* <u>Jan. 22, 2026</u> ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ <u>0.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>Jan. 25, 2026</u>

<u>*Paloma Wu*</u>
*Server's signature*

<u>Paloma Wu, Dep. Dir. Impact Litigation</u>
*Printed name and title*

<u>210 E. Capitol St., Ste 1800
Jackson, MS 39201</u>
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Allen Gersh
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ALLEN GERSH

was received by me on *(date)*    Jan. 21, 2026    (Mississippi Board of Medical Licensure)

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Roderick Givens
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RODERICK GIVENS</u>
was received by me on *(date)* <u>Jan. 21, 2026</u>  <u>(MS Board of Medical Licensure)</u>

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
the State of Mississippi or a state agency    on *(date)* <u>Jan. 22, 2026</u>  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ <u>0.00</u>  for travel and $ <u>0.00</u>  for services, for a total of $ <u>0.00</u>  .

I declare under penalty of perjury that this information is true.

Date: <u>Jan. 25, 2026</u>

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| | ) |
| Mississippi State Board of Medical Licensure et al | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. **3:26-cv-00040-TSL-RPM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Phyllis Polk Johnson
Mississippi Board of Nursing 713
Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Phone: (601) 259-8484
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:    1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    <u>PHYLLIS POLK JOHNSON</u>
was received by me on *(date)*    <u>Jan. 21, 2026</u>    <u>(MS Board of Nursing)</u>

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **3:26-cv-00040-TSL-RPM** |
| | ) | |
| Mississippi State Board of Medical Licensure et al | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kirk L. Kinard
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Phone: (601) 259-8484
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KIRK L. KINARD

was received by me on *(date)*    Jan. 21, 2026    (MS Board of Medical Licensure)

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)* Jan. 22, 2026    ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carlos Latorre
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   CARLOS LATORRE (Mississippi Board of Medical Licensure)

was received by me on *(date)*   Jan. 21, 2026                .

    ❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☒ I served the summons on *(name of individual)*      Attorney General Lynn Fitch            , who is

    designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency           on *(date)*   Jan. 22, 2026        ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify)*:


My fees are $   0.00        for travel and $   0.00        for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.


Date:   Jan. 25, 2026                           *Paloma Wu*
                                             *Server's signature*

                                 Paloma Wu, Dep. Dir. Impact Litigation
                                           *Printed name and title*

                                 210 E. Capitol St., Ste 1800
                                 Jackson, MS 39201
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **3:26-cv-00040-TSL-RPM** |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Charles Kenneth Lippincott
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CHARLES KENNETH LIPPINCOTT (Mississippi Board of Medical Licensure)

was received by me on *(date)*   Jan. 21, 2026  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Attorney General Lynn Fitch  , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency  on *(date)*  Jan. 22, 2026  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   William Eugene Loper
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>WILLIAM EUGENE LOPER</u>

was received by me on *(date)*  <u>Jan. 21, 2026</u>    <u>(MS Board of Medical Licensure)</u>

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*  Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $   0.00    for travel and $   0.00    for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.


Date:  Jan. 25, 2026

*Paloma Wu*
_____
Server's signature

Paloma Wu, Dep. Dir. Impact Litigation
_____
Printed name and title

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janel Moody
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026                                      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JANEL MOODY (MS Board of Nursing)

was received by me on *(date)*   Jan. 21, 2026

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Attorney General Lynn Fitch   , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency   on *(date)*  Jan. 22, 2026   ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date:  1/21/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE

was received by me on *(date)* Jan. 21, 2026

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)* Jan. 22, 2026  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $  0.00    for travel and $  0.00    for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date:  Jan. 25, 2026

_____
*Paloma Wu*
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Beverly E. Oliver
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*    BEVERLY E. OLIVER (Mississippi Board of Nursing)

was received by me on *(date)*    Jan. 21, 2026    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:    Jan. 25, 2026

_____
*Paloma Wu*
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Michelle Y. Owens
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date: 1/21/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MICHELLE Y. OWENS</u>

was received by me on *(date)* <u>Jan. 21, 2026</u>  <u>(MS Board of Medical Licensure)</u>

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

the State of Mississippi or a state agency    on *(date)* <u>Jan. 22, 2026</u>  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $  0.00    for travel and $  0.00    for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: <u>Jan. 25, 2026</u>                           *Paloma Wu*
                                    _____
                                        *Server's signature*

                                    Paloma Wu, Dep. Dir. Impact Litigation
                                    _____
                                        *Printed name and title*

                                    210 E. Capitol St., Ste 1800
                                    Jackson, MS 39201
                                    _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:26-cv-00040-TSL-RPM |
| Mississippi State Board of Medical Licensure et al | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Randy Roth
Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200-B
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Email: rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 1/21/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RANDY ROTH

was received by me on *(date)*    Jan. 21, 2026    (MS Board of Medical Licensure)

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Attorney General Lynn Fitch    , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency    on *(date)*    Jan. 22, 2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    Jan. 25, 2026

*Paloma Wu*

*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation

*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

AMERICAN COLLEGE OF NURSE-MIDWIVES

)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Mississippi State Board of Medical Licensure et al

*Defendant(s)*

Civil Action No. 3:26-cv-00040-TSL-RPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Daniel Matthew Sistrunk
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 1/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DANIEL MATTHEW SISTRUNK  (MS Board of Nursing)

was received by me on *(date)*  Jan. 21, 2026

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Attorney General Lynn Fitch     , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency     on *(date)*  Jan. 22, 2026     ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:  Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

AMERICAN COLLEGE OF NURSE-MIDWIVES

)
)
)
)
)

_Plaintiff(s)_

)

v.

)

Civil Action No.  3:26-cv-00040-TSL-RPM

Mississippi State Board of Medical Licensure et al

)
)
)
)

_Defendant(s)_

)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Carly Walker
Mississippi Board of Nursing
713 Pear Orchard Road, Suite 300
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert B. McDuff
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
rmcduff@mscenterforjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date:  1/21/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CARLY WALKER (Mississippi Board of Nursing)

was received by me on *(date)*  Jan. 21, 2026  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Attorney General Lynn Fitch  , who is

designated by law to accept service of process on behalf of *(name of organization)*

the State of Mississippi or a state agency   on *(date)*  Jan. 22, 2026  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:  Jan. 25, 2026

*Paloma Wu*
_____
*Server's signature*

Paloma Wu, Dep. Dir. Impact Litigation
_____
*Printed name and title*

210 E. Capitol St., Ste 1800
Jackson, MS 39201
_____
*Server's address*

Additional information regarding attempted service, etc: