**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| AMERICAN COLLEGE OF NURSE-MIDWIVES,<br><br>Plaintiff,<br><br>v.<br><br>MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE, et al.,<br><br>Defendants. | Case No. 3:26-CV-00040-KHJ-RPM |

**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY REQUESTS**

Pursuant to L.U. CIV. R. 5(d)(3), notice is hereby given that, on the dates indicated below, counsel for Plaintiff American College of Nurse-Midwives served the following discovery device(s):

1. On May 5, 2026, Plaintiff's First Set of Interrogatories to Defendants Mississippi State Board of Medical Licensure ("MSBML"); Kenneth Cleveland, in his official capacity as the Executive Director of the MSBML; and Charles Kenneth Lippincott, Michelle Y. Owens, Roderick Givens, Kirk L. Kinard, Allen Gersh, William Eugene Loper, Randy Roth, Carlos Latorre, and Renia R. Dotson, in their official capacities as members of the MSBML (collectively, "MSBML Defendants").

2. On May 5, 2026, Plaintiff's First Set of Requests for Production of Documents to MSBML Defendants.

3. On May 29, 2026, Plaintiff's First Set of Interrogatories to Defendants Mississippi Board of Nursing ("MSBN"); Phyllis Polk Johnson, in her official capacity as the Executive Director of the MSBN; and Sandra Culpepper, Jeremy L. Cummins, Lacey T. Gentry, Janie Clanton, T.J. Adams, Alveno N. Castilla, Carly Walker, Renia R. Dotson, Janel Moody, Beverly E. Oliver, Andrew Calhoun, Lawanda Baskin, and Daniel Matthew Sistrunk, in their official capacities as members of the MSBN (collectively, "MSBN Defendants").

4. On June 4, 2026, Plaintiff's First Set of Requests for Production of Documents to MSBN Defendants.

Pursuant to L.U. CIV. R. 5(d)(3), counsel for Plaintiff American College of Nurse-Midwives acknowledges the responsibility of the serving attorney as the custodian of the original(s) of the document(s) identified above. The serving attorney referenced above is Drew A. Navikas.

Respectfully submitted,

This the 9th day of July, 2026.

<table>
<tr><td>/s/ Robert B. McDuff</td><td>/s/ Drew A. Navikas</td></tr>
<tr><td>MISSISSIPPI CENTER FOR JUSTICE<br>Robert B. McDuff, MS Bar No. 2532<br>Paloma Wu<br>210 E. Capitol Street<br>Suite 1800<br>Jackson, MS 39201<br>Tel: (601) 259-8484<br>Fax: (601) 352-4769<br>rmcduff@mscenterforjustice.org<br>pwu@mscenterforjustice.org</td><td>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>Michael L. Sibarium*<br>Drew A. Navikas*<br>1200 Seventeenth Street<br>Washington, DC 20036<br>Tel: (202) 663-8000<br>Fax: (202) 663-8007<br>michael.sibarium@pillsburylaw.com<br>drew.navikas@pillsburylaw.com</td></tr>
<tr><td></td><td>AMABEBE LAW PLLC<br>Eremipagamo M. Amabebe*<br>447 Broadway, Suite 2 #1169<br>New York, New York 10013<br>Tel: (212) 444-3960<br>eamabebe@amabebelaw.com</td></tr>
</table>

*Attorneys for Plaintiff American College of Nurse-Midwives*

\* Admitted pro hac vice

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing on the Court's CM/ECF system, which has served this document on all counsel of record.

This the 9th day of July, 2026.

/s/ Drew A. Navikas

*Counsel for Plaintiff American College of Nurse-Midwives*