**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **AMERICAN COLLEGE OF NURSE-MIDWIVES** | **PLAINTIFF** |
| **VS.** | **CAUSE NO. 3:26-cv-40-KHJ-RPM** |
| **MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE, et al.** | **DEFENDANTS** |

# NOTICE OF APPEARANCE

Please take notice that Franklin A. Garrison hereby enters his appearance in the above-captioned matter as counsel for Defendants.

All future e-filings, pleadings, and correspondence should include Franklin A. Garrison at the address noted below.

Franklin A. Garrison
Special Assistant Attorney General - Civil
550 High Street; Suite 1100 (39201)
Post Office Box 220
Jackson, Mississippi 39205
E-mail: franklin.garrison@ago.ms.gov

**RESPECTFULLY SUBMITTED,** this 9th day of September, 2026.

By: LYNN FITCH, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI

By: /s/ *Frank Garrison*
Special Assistant Attorney General
Franklin A. Garrison (99587)
Mississippi Attorney General Office
Civil Litigation Division
Post Office Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3824
E-mail: franklin.garrison@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, Frank Garrison, Special Assistant Attorney General and one of the attorneys for Defendants do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's MEC filing system, which sent notification of such filing to all counsel of record.

THIS the 9th day of September, 2026.

s/ *Frank Garrison*
Franklin A. Garrison