**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

AMERICAN COLLEGE OF NURSE-MIDWIVES,

Plaintiff,

v.

Case No. 3:26-CV-00040-KHJ-RPM

MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE, *et al.*,

Defendants.

---

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff American College of Nurse-Midwives ("ACNM") moves this Court for an Order, in form submitted herewith, under Rules 33, 34, and 37 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 37, compelling the Executive Director and other members of the Mississippi Board of Nursing (the "MSBN Defendants"), all named in their official capacities, to serve overdue answers to interrogatories and written responses to requests for the production of documents ("RFPs"). Given Defendants' delays in responding to discovery, Plaintiff further requests the related relief described below in the form of an Order to show cause why Defendants should not be required to retain an e-discovery vendor, and asks this court to set deadlines for the parties to submit an agreed to ESI protocol and protective order governing this case, after which time, if the Parties have not made a joint submission, Plaintiff is invited to move the Court to adopt its preferred forms of those documents as the parties remain far apart on the content of such documents. Plaintiff further seeks reimbursement for its

expenses of filing this motion. A supporting Memorandum of Law and fully executed Official Form 4, Good Faith Certificate, accompany this Motion.[1]

## BRIEF BASIS OF MOTION

ACNM served 27 interrogatories on May 29, 2026, and 19 requests for production on June 4, 2026. The requests as served are attached as Exhibits A and B to this Motion. The response periods expired June 29 and July 6, respectively, and no extension was sought or granted. The MSBN Defendants have served no verified interrogatory answers, written RFP responses, or objections to any request. Accordingly, there is no response to include under each request as contemplated under Local Uniform Civil Rule 37.

## SPECIFIC RELIEF REQUESTED

1. Compel the MSBN Defendants within seven days to serve complete, verified answers to Interrogatories Nos. 1–27 and written Rule 34 responses to Requests Nos. 1–19.

2. Direct Defendants to show cause within ELEVEN days of this Order why they should not be required to retain an e-discovery vendor to assist them with document collection.

3. If the parties have not submitted an agreed ESI protocol and protective order to the Court within FOURTEEN days of its order, expressly permit ACNM to move for entry of its proposed versions of those documents as a discovery sanction without the need for further compliance with Local Rule 37.

4. Award ACNM the reasonable expenses of making this motion under Rule 37(a)(5) and Rule 37(d)(3), subject to the parties' opportunity to be heard.

---

[1] This Motion addresses the MSBN Defendants' failure to respond to ACNM's discovery demands and does not seek to compel the Mississippi State Board of Medical Licensure (MSBML) to supplement its responses to discovery requests. ACNM reserves its right to move separately for an order directing MSBML to rectify deficiencies in its previous responses. To the extent the Court issues an order relating to the ESI protocol or a protective order, however, such order would relate to the activities of all parties in this case.

October 7, 2026

/s/ Robert B. McDuff

MISSISSIPPI CENTER FOR JUSTICE
Robert B. McDuff, MS Bar# 2532
Paloma Wu
210 E. Capitol Street
Suite 1800
Jackson, MS 39201
TEL: (601) 259-8484
FAX: (601) 352-4769
rmcduff@mscenterforjustice.org

PILLSBURY WINTHROP SHAW PITTMAN LLP
Michael L. Sibarium*
Drew A. Navikas*
1200 Seventeenth Street
Washington, DC 20036
TEL: (202) 663-8000
FAX: (202) 663-8007
michael.sibarium@pillsburylaw.com
drew.navikas@pillsburylaw.com

AMABEBE LAW PLLC
Eremipagamo M. Amabebe*
447 Broadway, Suite 2 #1169
New York, New York 10013
TEL: (212) 444-3960
eamabebe@amabebelaw.com
Attorneys for Plaintiff American College of Nurse-Midwives

* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Drew Navikas
Drew Navikas

Attorney for Plaintiff American College of Nurse-Midwives