FORM 4 (ND/SD MISS. DEC. 2016)

*Form 4 – Good Faith Certificate*

UNITED STATES DISTRICT COURT
Southern DISTRICT OF MISSISSIPPI

American College of Nurse-Midwives
Plaintiff

v. CIVIL ACTION NO. 3:26-CV-00040-KHJ-RPM

Mississippi State Board of Medical Licensure, et al.
Defendant

GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Counsel further certify that:

✔ as appropriate:

☐ 1. The motion is unopposed by all parties.

☐ 2. The motion is unopposed by:

☑ 3. The motion is opposed by: Defendants

☑ 4. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U. CIV. R. 7(b)(4).

This the 5th day of October 20 26.

Drew Navikas

Signature of Plaintiff's Attorney

Drew Navikas (PHV)

Typed Name and Bar Number

Signature of Defendant's Attorney

99587

Typed Name and Bar Number

Frank Garrison