IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMERICAN COLLEGE OF NURSE-MIDWIVES** — **PLAINTIFF**

**VS.** — **CAUSE NO. 3:26-cv-40-KHJ-RPM**

**MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE, et al.** — **DEFENDANT**

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that the Mississippi Board of Nursing ("MSBN") Defendants, by and through counsel, have this date served the following:

*Response of MSBN Defendants to Plaintiff's First Set of Interrogatories*

The undersigned retained the originals of the above-referenced papers as custodian thereof.

This, the 20th day of October, 2026

**MSBN Defendants**

**By: LYNN FITCH**
**ATTORNEY GENERAL OF MISSISSIPPI**

By: */s/ Frank Garrison*
Special Assistant Attorney General
Franklin A. Garrison
Mississippi Bar No. 99587
Mississippi Attorney General Office
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3824
E-mail: franklin.garrison@ago.ms.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification to parties and counsel of record.

This, the 20th day of October, 2026.

*/s/ Frank Garrison*
Franklin A. Garrison